# UNITED STATES DISTRICT COURT
## District of Minnesota

Alejandra Marisol Lopez Lara,

Petitioner(s),

v.

Pamela Bondi, Daren K. Margolin, Executive Office for Immigration Review, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-535 JMB/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Petition (Doc. No. 1) is GRANTED in part and DENIED in part as follows:

1. Respondents are ORDERED to release Petitioner from custody immediately in Minnesota, and in any event no later than 4:00 p.m. CST on January 27, 2026.

2. On or before 11:00 a.m. CT on January 29, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in accordance with this Order.

3. Petitioner may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 20 U.S.C. § 2412(d).

4. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.

Date: 1/26/2026

KATE M. FOGARTY, CLERK